**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

This document relates to:
*Golden v. Davol, Inc., et al.*
Case No. 2:25-cv-1268

## ORDER

This matter is before the Court on Plaintiff Rebecca L. Golden's Motion to Stay and/or Extend Case Management Deadlines. (ECF No. 2.) Plaintiff seeks an extension of time to comply with the requirements of Case Management Order No. 53 ("CMO 53"). (*Id.*) Plaintiff underwent surgery on February 3, 2026, that impedes her ability to timely comply with the CMO 53 requirements. (*Id.*) Plaintiff will likely need to produce information related to her surgery to comply with CMO 53 after she recovers, so she requests that all CMO 53 deadlines applicable to her "be extended to run from forty-five (45) days after February 3, 2026." (*Id.*, PageID 11.)

For good cause shown, Plaintiff's Motion to Stay and/or Extend Case Management Deadlines (ECF No. 2) is **GRANTED**. Accordingly, the Court **ORDERS** that all deadlines applicable to Plaintiff under CMO 53 are extended such that Plaintiff's deadlines shall commence forty-five (45) days after February 3, 2026, unless otherwise ordered by the Court.

This case remains open.

**IT IS SO ORDERED.**

2/13/2026                          s/Edmund A. Sargus, Jr.
DATE                               EDMUND A. SARGUS, JR.
                                   UNITED STATES DISTRICT JUDGE